VAN BAALEN *v.* COTNEY.

NOTICE—POSSESSION—MORTGAGEE AND PURCHASER.
> Possession by one claiming through the purchaser under a land contract is constructive notice of his rights to a subsequent mortgagee of the vendor.

Appeal from Wayne; Donovan, J. Submitted April 27, 1897. Decided May 28, 1897.

Bill by Isaac Van Baalen against Catherine Cotney and others to foreclose a mortgage. From a decree for defendants, complainant appeals. Affirmed.

*George H. Prentis*, for complainant.

*John G. Hawley*, for defendants.

HOOKER, J. The complainant and appellant filed the bill in this cause to foreclose a mortgage made October 26, 1893, by Catherine Cotney, upon premises which she had previously sold on a written contract to Paeschke, and which he sold to Wallinger on April 5, 1892. Wallinger took immediate possession, and has retained it since. This possession was constructive notice of his rights, and the circuit judge was justified in denying foreclosure, and requiring the complainant to discharge the mortgage.

His decree is affirmed, with costs.

The other Justices concurred.